UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

OWEN BECKFORD,
   a/k/a "Marvin Ottley,"

                 Defendant.

**NOTICE OF INTENT TO FILE AN INFORMATION**

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of Indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Furthermore, I have reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and Judge Garnett is not recused from this matter.

Dated: White Plains, New York
        November 19, 2024

DAMIAN WILLIAMS
United States Attorney

By: _____
Jorja N. Knauer
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
Jane White, Esq.
Attorney for Owen Beckford